AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 2 5 2021
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | )   Case No.  2:21-MJ-126 |
| | ) |
| Don Eric Wolters | ) |
| | ) |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 22, 2021_____ in the county of _____Potter_____ in the _____Northern_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C). | Possession with Intent to Distribute Methamphetamine. |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Keynavanh Sayasone, DEA SA
_Printed name and title_

SAttested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: _8/25/21_

_____
_Judge's signature_

City and state:        Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
_Printed name and title_

No. 2:21-MJ-126

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Keynavanh Sayasone, being duly sworn, depose and state:

1.   I am a Special Agent assigned to the Drug Enforcement Administration (DEA) in Amarillo, Texas. I have been so employed for approximately eighteen (18) years with the Drug Enforcement Administration.  As part of my duties as a Special Agent, I investigate criminal violations related to narcotics trafficking and illegal drug smuggling. I have been involved in several investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841(a)(I).

2.  This affidavit is made in support of a complaint and arrest warrant for Don Eric WOLTERS.  I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

3.  On August 21, 2021, Amarillo Police Department, Narcotics Agents received information on Don Eric Wolters.  WOLTERS was wanted for Parole Violation and he is the suspect in a recent shooting in Amarillo, Texas.  Detectives assigned to the Amarillo Police Department (APD) Violent Crimes were looking for WOLTERS in an effort to interview him.

4. On August 22, 2021, surveillance units located WOLTERS driving a dark gray spray-painted Chevy Camaro, bearing Texas Temporary tag 22692P5.  Surveillance units followed WOLTERS to the Country Inn and Suites by Radisson, located at 2000 South Soncy Road, Amarillo, Texas, Surveillance observed WOLTERS go inside the hotel.  An arrest team and perimeter were established.  After about 1 ½ hours, surveillance observed WOLTERS emerge with Kristen Oliva ARCENEAUX.  The arrest team moved in to effect the arrest of WOLTERS.  Upon seeing officers, WOLTERS ran on foot around the hotel and officers observed WOLTERS ditch a backpack, which was later searched and it contained three baggies of a crystalline substance that later tested positive for methamphetamine and a firearm.  WOLTERS continuing running around the hotel and produced a loaded handgun from his waist area and upon seeing pursuing officers, WOLTERS dropped the handgun and was arrested without incident.  A search of WOLTERS's front pants pocket, officers found a plastic baggie containing off-white substance later tested positive for cocaine.  The guns seized from WOLTERS were reported to be stolen.

4. During a Mirandized interview, WOLTERS stated he had received the methamphetamine at the hotel room.  WOLTERS also admitted to selling methamphetamine.

5. The total weight of the baggie of approximately 391.4 gross grams. The total weight of the baggie containing cocaine was 30.5 gross grams. This quantity of narcotics if consistent with distribution as opposed to someone's personal use.

_____
Keynavanh Sayasone
DEA Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

_____ at _____
Date                                              City and State

Lee Ann Reno  U.S. Magistrate Judge         _____
Name and Title of Judicial Officer                  Signature of Judicial Officer

_____
Anna Marie Bell
Assistant U.S. Attorney