IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
SEP 22 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | FILED UNDER SEAL |
| v. | No. 2-21CR-078-Z |
| DON ERIC WOLTERS (01)<br>WILLIAM DANIEL HASKINS (02)<br>ALLEN CHASE WATSON (03)<br>    a/k/a "Ghost"<br>KRISTEN NICOLE ARCENEAUX (04) | |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States of America ("the government"), by and through the United States Attorney for the Northern District of Texas, moves for an order sealing the indictment returned by the grand jury in the above-captioned criminal case. The government requests that the indictment remain sealed until such time as all defendants are apprehended and all have made an initial appearance in federal court, or until further order of the Court. The government believes that the public release of the names of indicted defendants who have not been apprehended would undermine the pursuit of justice.

The government, however, requests that the case against an individual defendant be unsealed upon that defendant's apprehension or initial appearance in federal court. The government also requests that it be allowed to provide an apprehended defendant with a copy of the indictment that redacts the names of other defendants who have not

been apprehended, as well as any charge that does not affect the apprehended defendant.

        Respectfully submitted,

        PRERAK SHAH
        ACTING UNITED STATES ATTORNEY

        _____
        ANNA MARIE BELL
        Assistant United States Attorney
        New Mexico State Bar No. 12501
        500 South Taylor Street, Suite 300
        Amarillo, Texas 79101-2446
        Telephone:   806-324-2356
        Facsimile:   806-324-2399
        E-Mail:   anna.bell@usdoj.gov